**No. 54807.**—Acme Ring Mfg. Co. et al. *v.* United States, protests 138355–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones or semiprecious stones, cut but not set, suitable for use in the manufacture of jewelry, the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.